UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EARL JEANSONNE, *et al.*                        CIVIL ACTION

VERSUS                                          NO. 23-7198

VELOCITY RISK UNDERWRITERS,                     SECTION M (5)
LLC, *et al.*

## ORDER

Considering the parties' joint motion to stay litigation pending arbitration (R. Doc. 9),

IT IS ORDERED that the motion is GRANTED that the captioned matter is STAYED AND ADMINISTRATIVELY CLOSED pending arbitration.  Either party may move to reopen the proceedings, if necessary, at the conclusion of the arbitration process.

New Orleans, Louisiana, this 10th day of January, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE