UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL JEANSONNE, *et al.* | CIVIL ACTION |
| VERSUS | NO. 23-7198 |
| VELOCITY RISK UNDERWRITERS, *et al.* | SECTION M (5) |

## ORDER

Considering the parties' joint motion to dismiss with prejudice (R. Doc. 12),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that all claims in the captioned matter are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 19th day of December, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE